wise, motion denied. Present — Young, Kapper, Hagarty and Tompkins, JJ.; Lazansky, P. J., not voting.

JAMES P. CAVANAGH, Appellant, v. O. M. L. REALTY CORPORATION, INC., and Others, Defendants; C. & S. JACOBS PLUMBING SUPPLY CORPORATION, Respondent.— On consent, motion to dismiss appeal denied upon condition that appellant perfect the appeal for the January, 1932, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

COMMISSIONER OF PUBLIC CHARITIES on Complaint of FRANCES PAGNOTTA, Respondent, v. CHARLES LETIZIA, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the January, 1932, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

JOHN H. DINGMAN, Respondent, v. NORTHWESTERN CASUALTY AND SURETY COMPANY, Appellant.— Motion granted to the extent of directing that the original note be produced on the argument of the appeal. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

ELLENVILLE SAVING BANK, Respondent, v. FLORENCE E. HOLYWELL and Others, Defendants; FLORENCE E. HOLYWELL and Another, Appellants.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

META S. GOUGH, Appellant, v. MYRON. F. GOUGH, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the February, 1932, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

HALLER & BURTIS, INC., Appellant, v. JOSEPH ISRAEL DENIS, Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

IRVING INDUSTRIAL CORPORATION, Respondent, v. THE LUHAR CORPORATION and Others, Defendants, and MORRIS BERCOVITZ, Respondent, Appellant.— Motion to dismiss appeal granted by default, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

In the Matter of the Application of A. B. K. DRESS Co., INC., Appellant, v. MERCANTILE INSURANCE COMPANY OF AMERICA and Others, Respondents, for the Appointment of an Umpire Pursuant to Section 121 of the Insurance Law. RAYMOND F. DRUHAN, Umpire, Respondent.— Motion for stay granted upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. In the meantime the applicant on this motion is stayed from drawing any money from the insurance company. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.